**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,      :
                                          :
                Plaintiff,         :
                                            :
                                          :    Case No: 2:11-CR-063 (7)
                                          :
vs.                                          :
                                          :    JUDGE MARBLEY
DAVID L. ROBINSON,          :
                                          :
                                          :
                   Defendant.    :

### ORDER

The Court having considered the Motion filed by Plaintiff United States of America, in which the United States requests that the U.S. POSTAL INSPECTION SERVICE to turn over to the United States of America any and all of the funds currently in its possession belonging to Defendant, DAVID L. ROBINSON.

The Court hereby **ORDERS** that the U.S. POSTAL INSPECTION SERVICE issue a check, made payable to the United States District Court Clerk, and sent to The United States District Court Clerk, Potter Stewart U.S. Courthouse, Cincinnati, Ohio in the amount of $3,426.00 representing monies recovered from the Defendant.

**IT IS HEREBY ORDERED**.

Date: _Oct. 24, 2012_

_____
UNITED STATES DISTRICT JUDGE