SDOH, 7/03

**PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES**



David L. Robinson

5535 Hibernia Drive Apt. A
Columbus, Ohio 43232



CR-2-11-63(7)

Algenon L. Marbley

Southern District of Ohio

You have been ordered by the United States District Court to pay a special assessment of $100.00, and $18,648.02 in restitution as a condition of your supervised release.

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the Court order a payment schedule in the amount of $50.00 per month, commencing April 1, 2013. This is based on the following analysis of your ability to pay: Mr. Robinson is currently employed as a driver for Reliable Staffing located on Georgesville Road. He is paid $9.00 an hour and his gross monthly income is between $1,200.00-1,400.00 a month. It has been determined that Mr. Robinson can reasonably afford $50.00 a month toward his restitution obligation. Mr. Robinson has no assets and resides with his mother. Should his financial situation change the payment schedule will be readjusted accordingly.

U.S. Probation Officer: _____ Date: 3/13/13

THE COURT ORDERS:

a payment schedule of not less than $ 50.00 monthly commencing on April 1, 20 13 and to continue until the debt is satisfied or the Court alters the payment schedule.

Signature of Judicial Officer      Date: 3/14/13

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

        United States Clerk of Courts
        U. S. Courthouse, Room 260
        85 Marconi Boulevard
        Columbus, Ohio 43215

Note: Your restitution/fine bears or does not bear (strike one) interest. There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision.

I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

_____        _____
Defendant                                                                Date

_____        _____
U.S. Probation Officer                                               Date

Original: prob file
Copies: defendant, US Attorney office, FLU